■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE KING, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Balbach, J.), rendered October 10, 1980, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's assertions that the prosecutor's summation contained improprieties are unpreserved for this court's review. We have considered defendant's other assertions and find them to be without merit. Mollen, P. J., Titone, Thompson and Bracken, JJ., concur.